UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRUITT, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KEY ENERGY SERVICES, LLC, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.  1:16-cv-01457-DAD-JLT<br><br>~~PROPOSED~~ ORDER ON STIPULATION TO EXTEND DEADLINE AND HEARING DATE<br><br>**(Doc. 9)** |

　　　Based on the parties' stipulation (Doc. 9), the scheduling conference is continued to February 13, 2017 at 9:00 a.m.  The parties SHALL file their joint scheduling conference statement no later than February 6, 2017.

IT IS SO ORDERED.

　　　Dated:　**January 23, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

**~~PROPOSED~~ ORDER ON STIPULATION TO EXTEND DEADLINE AND HEARING DATE**
BN 27859891v1