# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRUITT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEY ENERGY SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:16-cv-01457-DAD-JLT<br><br>ORDER RE INFORMAL DISCOVERY DISPUTE |

Plaintiff Robert Pruitt filed this action on September 29, 2016, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and California law. Following a brief stay pursuant to 11 U.S.C. § 362, the scheduling order issued on February 14, 2017. Non-expert discovery in this action is set to close on October 16, 2017. On September 22, 2017, Plaintiff filed a motion to enforce judgment, and alternately, to continue the discovery deadlines in this action which is set for oral argument before the district judge on November 7, 2017.

The parties are currently having a dispute as to whether Plaintiff should be required to appear for deposition or if the deposition should be continued due to the pending motion. On September 27, 2017, the parties participated in an informal discovery dispute conference before the undersigned. Counsel Galvin Kennedy and George Moschopoulos appeared telephonically for Plaintiff and counsel Kalley Aman appeared telephonically for Defendant.

///

1

Based on the discussion during the informal conference, IT IS HEREBY ORDERED that:

1. Plaintiff shall appear for deposition on October 5, 2017 at a time and place to be noticed by Defendant;
2. The parties may file a stipulation should they agree to have Plaintiff's deposition occur on a different date prior to the discovery deadline; and
3. Failure to appear in compliance with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **September 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE