BUCHALTER, A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
LOUISE TRUONG (SBN: 293811)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
kaman@buchalter.com

Attorneys for Defendant KEY ENERGY SERVICES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBERT PRUITT, on Behalf of Himself and on Behalf of All Others Similarly Situated, | Case No. 1:16-cv-01457-DAD-JLT |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION** |
| vs. | |
| KEY ENERGY SERVICES, LLC, a Texas Limited Liability Company, and DOES 1 through 25, inclusive, | |
| Defendants. | |

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Robert

2  Pruitt and Defendant Key Energy Services, LLC, by and through their undersigned

3  counsel, hereby stipulate to the dismissal of this entire action without prejudice.

4  Each side is to bear their own attorney's fees and costs in the action.

5

6  DATED:  October 4, 2017          BUCHALTER,
                                     A Professional Corporation
7

8                                    By: _____

9                                         KALLEY R. AMAN
                                          LOUISE TRUONG
10                                   Attorneys for Defendant KEY ENERGY
                                               SERVICES, LLC
11

12

13  DATED:  October 4, 2017          KENNEDY HODGES, L.L.P.

14                                    By: _____

15                                         GALVIN B. KENNEDY
                                     Attorneys for Plaintiff ROBERT PRUITT
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3

I, Kalley R. Aman, hereby certify that on this 4th day of October 2017, a true

4

and correct copy of the foregoing document was filed electronically.  Notice of this

5

filing will be sent by electronic mail to all counsel of record by operation of the

6

Court's electronic filing system.  Parties may access this filing through the Court's

7

system.

8

9

10

11

By: _____ /s/ Kalley R. Aman _____

Kalley R. Aman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**